IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRIS HOWARD** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CFCF** | : | **NO. 19-4944** |

## ORDER

**NOW,** this 11th day of December, 2019, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Document No. 1) and his *pro se* complaint, it is **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is deemed filed.

3. The Complaint is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.